Certificate Number: 14912-ILN-DE-032420474

Bankruptcy Case Number: 19-02935



14912-ILN-DE-032420474

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 11, 2019, at 8:29 o'clock AM EDT, Darlene Thomas completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: March 11, 2019

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor