UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-02935 |
| Darlene Thomas | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO MODIFY PLAN

This matter coming before the Court for a hearing on debtor's motion to modify the plan, IT IS ORDERED that the Motion to Modify is granted as follows:

1. The default accruing through January 2023 is deferred.

2. The remaining plan payments are $1,210 per month for 13 months, beginning in February, 2023.

3. The Trustee is not required to collect money already paid to creditors under the plan.

4. This order does not change the Debtor's plan base or minimum distribution to unsecured creditors.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: February 02, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600